CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gloria D. Yelder
Plaintiff(s)

Civil Action No. 1:07 CV 01639

vs.

The Honorable Robert M. Gates
Defendant(s)

## AFFIDAVIT OF MAILING

I, Gloria D. Yelder, hereby state that:

On the 25th day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~ by, addressed to the following defendant:

I have received the receipt for the certified mail, No. 7006 3450 0002 5913 0607 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 2nd day of October, 2007,        .

I declare under penalty of perjury that the foregoing is true and correct.

10/23/07                                 Gloria D. Yelder
(Date)                                      (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _Jesse Bowen_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Jesse Bowen, Jr.  C. Date of Delivery 2 Oct 07 |
| 1. Article Addressed to:<br><br>The Honorable Robert Gates<br>1000 Defense Pentagon<br>Washington DC<br>20301 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 3450 0002 5913 0607 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540


OCT 26 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Gloria D. Yelder
_____
Plaintiff(s)

Civil Action No. 1:07CV01639

vs.

U.S. Attorney General
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, Gloria D. Yelder, hereby state that:
On the 25th day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted~~ delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. 7006 3450 0002 2927 9152 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 1st day of October, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

10/23/07
(Date)

Gloria D. Yelder
(Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Samuel L Parker_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>OCT 0 1 2007   2007 |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>D.O.J.<br>950 Pennsylvania Ave NW<br>Washington D.C. 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 3450 0002 2927 9152       9152 |
| PS Form 3811, February 2004 | Domestic Return Receipt        102595-02-M-1540 |

OCT 26 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Gloria D. Yelder
_____
Plaintiff(s)

vs.                                                                    Civil Action No. 1:07cv0l639

Director, Defense Service Services
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Gloria D. Yelder, hereby state that:

On the 25th day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted~~ delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. 7006 3450 0002 2927 9183 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 28th day of September 2007.

I declare under penalty of perjury that the foregoing is true and correct.

10/23/07                                                         Gloria D. Yelder
_____                                                  _____
(Date)                                                                    (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ming_  ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Jennifer Ming                9/28/07 |
| 1. Article Addressed to:<br><br>Director, DSS<br>1340 Braddock Pl<br>Alexandria, Va<br>22314 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0002 2927 9183    9183 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

OCT 26 2007

Received
Mail Room

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Gloria D. Yelder_
Plaintiff(s)

Civil Action No. _1:07 cv01639_

vs.

_Washington Headquarters Services_
Defendant(s)

### AFFIDAVIT OF MAILING

I, _Gloria D. Yelder_, hereby state that:
On the _25th_ day of _September_, _2007_, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~ _any_, addressed to the following defendant:

I have received the receipt for the certified mail, No. _7006 3450 0002 5913 0614_ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _1st_ day of _Oct 2007_, _____.

I declare under penalty of perjury that the foregoing is true and correct.

_10/23/07_
(Date)

_Gloria D. Yelder_
(Signature)



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7006 3450 0002 5913 0614
Detailed Results:
- Delivered, October 01, 2007, 6:52 am, WASHINGTON, DC 20310
- Notice Left, September 30, 2007, 7:29 am, WASHINGTON, DC 20310
- Arrival at Unit, September 30, 2007, 2:47 am, WASHINGTON, DC 20022
- Acceptance, September 25, 2007, 12:12 pm, FAIRFIELD, AL 35064

< Back          Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.77 |

Postmark Here  09/25/2007 USPS   FAIRFIELD, AL

Sent To: Washington Headquarters Ser
Street, Apt. No.; or PO Box No: 1155 Pentagon Defense
City, State, ZIP+4: Washington DC 20301-1155

7006 3450 0002 5913 0614

PS Form 3800, August 2006          See Reverse for Instructions

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Gloria D. Yelder
_____
Plaintiff(s)

vs.

Civil Action No. 1:07CV01639

US Attorney
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Gloria D. Yelder, hereby state that:

On the 25th day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. 7006 3450 0002 9279 206 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 28th day of September 2007.

I declare under penalty of perjury that the foregoing is true and correct.

10/23/07
(Date)

Gloria D. Yelder
(Signature)



**UNITED STATES POSTAL SERVICE**®                                    Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 3450 0002 2927 9206**
Detailed Results:
- **Delivered, September 28, 2007, 1:42 pm, WASHINGTON, DC 20001**
- Arrival at Unit, September 28, 2007, 11:41 am, WASHINGTON, DC 20001
- Acceptance, September 25, 2007, 12:11 pm, FAIRFIELD, AL 35064

< Back    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust             Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

