**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GLORIA D. YELDER,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-1639 (RJL)** |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **DEFENSE, <u>et al.</u>** ) | |
| ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

<u>**NOTICE OF APPEARANCE**</u>

The Clerk of the Court will please enter the appearance of Michelle Johnson, Assistant

United States Attorney, as counsel of record for the named federal defendants in the above-

captioned action.

Respectfully submitted,

_____/s/_____

Michelle Johnson, #491910
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance was mailed by depositing a copy

of it in the U.S. Mail, first class postage prepaid, addressed to:


Ms. Gloria D. Yelder
1807 Eufaula Avenue
Birmingham, AL 35208


on this <u>29th</u> day of October, 2007


| /s/ |
| --- |
| MICHELLE N. JOHNSON |