IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA D. YELDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1639 (RJL) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **DEFENSE, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, through counsel, respectfully move this Court for a three week enlargement of time to file their response to plaintiff's complaint. In support of this motion, defendants state the following:

1. Plaintiff filed her pro se Complaint in this Court on September 14, 2007.

2. Service was perfected on or about September 28, 2007. Therefore, defendant's response to the complaint is due on or before October 29, 2007.

3. The undersigned counsel has been in contact with the United States Department of Defense, Defense Security Service, and Washington Headquarters Services. However, to date, counsel has received only one declaration from one of the named defendants, and just received this declaration today.

4. Good cause supports this motion because the undersigned counsel has not yet received all of the defendants' declarations to support a possible dispositive motion and, as to the declaration that has been received, undersigned counsel requires time to review this declaration.

Therefore, the requested extension of time will enable the undersigned counsel to thoroughly investigate the facts in this matter and determine whether a dispositive motion may be filed in this action that may resolve plaintiff's complaint. Accordingly, defendant seeks a three week extension of time, up to and including November 19, 2007, in which to answer or otherwise respond to plaintiff's complaint. This is the first extension of time defendant has sought in this matter.

     5.    Counsel for defendant attempted to contact the pro se plaintiff about this motion but was unable to speak with her prior to filing this motion. Therefore, counsel cannot represent plaintiff's position regarding the relief sought herein.

Dated: October 29, 2007

                                    Respectfully submitted,

                                    /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                    /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122

                                    /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Ms. Gloria D. Yelder
1807 Eufaula Avenue
Birmingham, AL 35208

on this  29th  day of October, 2007

                                                                /s/
                                              MICHELLE N. JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA D. YELDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1639 (RJL) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **DEFENSE, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendants 'Motion for an Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that defendants' motion is hereby **GRANTED.** And it is further

**ORDERED** that defendants' time to respond to the complaint is extended up to and including November 19, 2007.

**SO ORDERED** on this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE