IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA D. YELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1639 (RJL) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE, <u>et al.</u> ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT WASHINGTON HEADQUARTERS SERVICE'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Washington Headquarters Service ("WHS"), through counsel, respectfully moves this Court for an enlargement of time to file its response to plaintiff's complaint, up to and including November 23, 2007. In support of this motion, defendant states the following:

1. Plaintiff filed her <u>pro se</u> Complaint in this Court on September 14, 2007.

2. On October 29, 2007, defendants sought an extension of time to respond to the complaint, up to and including November 19, 2007.

3. The undersigned counsel has prepared a motion to dismiss, or alternatively, for summary judgment, to be filed on behalf of defendants United States Department of Defense, and the Defense Security Service ("DSS"), which will be filed today. However, additional time is required to complete WHS' response to the complaint.

4. Good cause supports this motion because the undersigned counsel had been

previously informed that WHS' response did not require a separate declaration. However, review of the pertinent documents in preparing defendant DSS' response revealed that in fact WHS did separately process a portion of plaintiff's request. Therefore, undersigned counsel requires additional time to obtain a declaration from WHS addressing its processing of plaintiff's FOIA request and to prepare an appropriate motion. Accordingly, defendant WHS seeks three additional business days, up to and including November 23, 2007, in which to answer or otherwise respond to plaintiff's complaint. This is the second extension of time defendant has sought in this matter.

5. Counsel for defendant contacted the pro se plaintiff about this motion and the pro se plaintiff indicated that she does not oppose the relief sought by defendant WHS.

Dated: November 19, 2007

                                              Respectfully submitted,

                                              /s/ Jeffrey A. Taylor
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                              /s/ Rudolph Contreras
                                          RUDOLPH CONTRERAS, D.C. BAR #  434122

                                              /s/ Michelle N. Johnson
                                          MICHELLE N. JOHNSON, D.C. BAR # 491910
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          555 4th Street, N.W. – Room E4212
                                          Washington, D.C. 20530
                                          (202) 514-7139

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant Washington Headquarters Service's Unopposed Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Ms. Gloria D. Yelder
1807 Eufaula Avenue
Birmingham, AL 35208

on this  19th  day of November, 2007

                                                            /s/
                                        MICHELLE N. JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA D. YELDER,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE, <u>et</u> <u>al.</u>**<br><br>Defendants. | Civil Action No. 07-1639 (RJL) |

### [PROPOSED] ORDER

This matter having come before the Court on Defendant Washington Headquarters Service's Unopposed Motion for an Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that defendant's motion is hereby **GRANTED.** And it is further

**ORDERED** that defendant's time to respond to the complaint is extended up to and including November 23, 2007.

**SO ORDERED** on this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE