IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLORIA D. YELDER,

    Plaintiff,

                      Civil Action No.07-1639(RJL)

v.

UNITED STATES DEPARTMENT OF
DEFENSE, et.al.

RECEIVED
DEC 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION

## PLAINTIFF'S STATEMENT OPPOSING DEFENDANTS' SECOND MOTION THAT THERE ARE NO MATERIAL FACTS TO WHICH THERE ARE GENUNIE ISSUES

Plaintiff, respectively submit a response to Defendant's second response for dismissal or in the alternative summary judgment.

1

.

**Facts**

1. Plaintiff has presented documents after documents to show; (1) that there are material facts in this case; (2) she has exhausted all her administrative remedies before bringing the case to your Honor's Court; and (3), there were two periodic re-investigations.

2. Defendants, DoD, DSS and WHS have not presented any proof except for declarations of Ms. Blake and Mr. Krammer and these declarations have disputed with factual physical evidence. (See Plaintiff's response to Defendant's request for summary judgment.)

3. Plaintiff has requested and appealed DSS' decisions over and over again, including the most recent one dated, November 26, 2007. Plaintiff received the information from WHS in October 2007, when she was already in court. Since that time she has also appealed the information to DSS and the Department of Justice. (See letters sent on December 4, 2007 to DSS, US Attorney's Office and US District Court)

4. In the letter from WHS' Freedom of Information Act, (FOIA) Office disclosed that "the attached documents are of primary interest to your office. These documents concern Ms. Gloria Yelder's security clearance and termination. Accordingly, we are referring them to

your office for direct response. The requester has been notified of this referral and a copy of the referral letter is attached. (See exhibit 1, Letter from WHS to DSS, dated October 23, 2007, Ref: 07-FP-0075.)

5. WHS stated that DSS has the records pertaining to Plaintiff's security clearance and termination. In 1996, the only agency that conducted background investigation for DSS' employees was DSS.

### Second Periodic Reinvestigation (PR)

6. At no time has Plaintiff insisted that there was a second periodic investigation, (PI). But there was a second periodic reinvestigation, (PR), conducted on Plaintiff. Plaintiff was a special agent with DSS for sixteen years before her security clearance was unfairly and unjustly revoked and she was terminated from her employment.

7... In 1996, DSS' initial cases were never typed, but the case control numbers were electronically placed in the system and sent from Personnel Investigation Center, (PIC), Baltimore, Maryland. There were never any small letters in the case control numbers. The cases were assigned to a team and in that team, the cases were assigned to a controller, which is a person.

Defendants stated that these are not conclusory allegations and speculations of Plaintiff. But Defendants have not once explained how her security clearance was revoked and how she was terminated from her employment due to the allegations of an affair.

8. Plaintiff again requests that the Defendants' stale tactics and refusal to disclose the records requested by Plaintiff be ruled unlawful.

9. Order Defendants to make requested records available to Plaintiff, so she will be able to receive due process and clear her name.

10. Deny Defendants' second request for dismissal or in the alternative summary judgment and grant Plaintiff's initial request.

Respectively submitted,

*Gloria D. Yelder*

Gloria D. Yelder, pro se

## CERTICATE OF SERVICE

I, hereby certify that the foregoing motion with exhibit to deny Defendants' request for dismissal or in alternative summary judgment have been mailed to Defendant on December 20, 2007

Michele N. Johnson, Attorney for the Defendants
US Attorney Office
555 Fourth Street
Washington D. C. 0001

Submitted,

*Gloria D. Yelder*
Gloria D. Yelder



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

063-28

OCT 2 3 2007
Ref: 07-FP-0075

MEMORANDUM FOR DEFENSE SECURITY SERVICE
1340 BRADDOCK PLACE
ALEXANDRIA, VA 22314-1651

SUBJECT: Freedom of Information Act (FOIA) Request – Ms. Gloria Yelder

    The attached documents are of primary interest to your office. These documents concern Ms. Gloria Yelder's security clearance and her termination. Accordingly, we are referring them to your office for direct response. The requester has been notified of this referral and a copy of the referral letter is attached.

    Please note that this case is in litigation and that the records were extracted from a Privacy Act System of Records. A copy of the FOIA/PA request, complaint, and systems notice are attached for your information. If you have any questions regarding this matter, please contact Mrs. Angela Campagna at (703) 696- 2641 or Angela.Campagna.ctr@whs.mil.

                                             Will Kammer
                                             Chief

Attachment:
As stated

Exhibit 1
ATTACHMENT 1