IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GLORIA D. YELDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1639 (RJL) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **DEFENSE, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE AMENDED COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, through counsel, respectfully move this Court for a two week enlargement of time to file their response to plaintiff's amended complaint. In support of this motion, defendants state the following:

1.  Plaintiff filed her pro se complaint in this Court on September 14, 2007.

2.  Defendant Defense Security Service filed a motion to dismiss, or alternatively for summary judgment on November 19, 2007. Defendant Washington Headquarters Services filed a similar motion on November 23, 2007. Plaintiff filed oppositions on November 26, 2007 and December 26, 2007 and defendants filed their reply in further support of their motions on December 10, 2007.

3.  On February 8, 2008, plaintiff filed an amended complaint for declaratory and injunctive relief. The undersigned counsel calculates that defendants' response to the amended

complaint is due February 22, 2008.[1]  However, due to her commitments in her other cases, undersigned counsel has not yet been able to address the allegations in plaintiff's amended complaint and therefore seeks a two-week extension of time to respond.

4.      Good cause supports this motion because the undersigned counsel has not yet had the opportunity to carefully review the allegations of plaintiff's amended complaint to determine if a dispositive motion may resolve plaintiff's claims.  Accordingly, defendant seeks a two week extension of time, up to and including March 7, 2008, in which to answer or otherwise respond to plaintiff's amended complaint.

5.      Counsel for defendant contacted the pro se plaintiff about this motion.  The pro se plaintiff informed the undersigned counsel that she does not oppose defendants' receiving a two-week extension of time to respond to the amended complaint.

Dated: February 22, 2008

                                          Respectfully submitted,

                                          /s/ Jeffrey A. Taylor
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney

                                          /s/ Rudolph Contreras
                                    RUDOLPH CONTRERAS, D.C. BAR #  434122

                                          /s/ Michelle N. Johnson
                                    MICHELLE N. JOHNSON, D.C. BAR # 491910
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Civil Division
                                    555 4th Street, N.W. – Room E4212
                                    Washington, D.C. 20530
                                    (202) 514-7139

---

[1] The amended complaint appears on the docket as having been filed on February 5, 2008, however it was not docketed until February 8, 2008, and undersigned counsel had no notice that it had been filed until February 8, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Unopposed Motion for an Enlargement of Time to Respond to the Amended Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Ms. Gloria D. Yelder
1807 Eufaula Avenue
Birmingham, AL 35208

on this 22nd day of February, 2008.

/s/
MICHELLE N. JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA D. YELDER,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES DEPARTMENT OF** ) <br> **DEFENSE, et al.** ) <br> ) <br> Defendants. ) | Civil Action No. 07-1639 (RJL) |

### [PROPOSED] ORDER

This matter having come before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to the Amended Complaint, it is hereby

**ORDERED** that defendants' motion is hereby **GRANTED.** And it is further

**ORDERED** that defendants' time to respond to the amended complaint is extended up to and including March 7, 2008.

**SO ORDERED** on this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE