IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA D. YELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1639 (RJL) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE, <u>et al.</u> ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO THE AMENDED COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, through counsel, respectfully move this Court for further enlargement of time to file their response to plaintiff's amended complaint. In support of this motion, defendants state the following:

1.  Plaintiff filed her <u>pro se</u> complaint in this Court on September 14, 2007.

2.  Defendant Defense Security Service ("DSS") filed a motion to dismiss, or alternatively for summary judgment on November 19, 2007. Defendant Washington Headquarters Services ("WHS") filed a similar motion on November 23, 2007. Plaintiff filed oppositions on November 26, 2007 and December 26, 2007 and defendants filed their reply in further support of their motions on December 10, 2007.

3.  On February 8, 2008, plaintiff filed an amended complaint for declaratory and injunctive relief. In her amended complaint, plaintiff includes new allegations regarding her appeal of certain decisions relating to her prior FOIA requests, as well as allegations challenging a response by the United States Department of Justice, Executive Office of United States

Attorneys, to which certain documents had been referred.  Defendants previously sought, and received, an extension of time up to and including March 7, 2008, to respond to the amended complaint

4.	The undersigned counsel has been in contact with the agencies regarding the allegations made in plaintiff's amended complaint.  Agency counsel for DSS has informed the undersigned counsel that the agency anticipates responding to plaintiff's appeals within the coming weeks.  Thereafter, the agencies expect to file a motion that should significantly narrow or resolve the claims in the amended complaint.

5.	Good cause supports this motion because the defendants intend to file dispositive motions that could potentially resolve the matters raised in this litigation. Accordingly, defendants seek up to and including March 28, 2008, in which to answer or otherwise respond to plaintiff's amended complaint.

6.	Pursuant to Local Civil Rule 7(m), counsel for defendant contacted the pro se plaintiff about this motion.  The pro se plaintiff informed the undersigned counsel that she does not oppose defendants' request for a further extension of time to respond to the amended complaint.


Dated: March 7, 2008

                                                      Respectfully submitted,

                                                      /s/ Jeffrey A. Taylor
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                                      /s/ Rudolph Contreras
                                              RUDOLPH CONTRERAS, D.C. BAR #  434122

                                                      /s/ Michelle N. Johnson
                                              MICHELLE N. JOHNSON, D.C. BAR # 491910

Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Unopposed Motion for an Enlargement of Time to Respond to the Amended Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Ms. Gloria D. Yelder
1807 Eufaula Avenue
Birmingham, AL 35208

on this  7th  day of March, 2008.

                                      /s/
                                MICHELLE N. JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA D. YELDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1639 (RJL) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **DEFENSE, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to the Amended Complaint, it is hereby

**ORDERED** that defendants' motion is hereby **GRANTED.** And it is further

**ORDERED** that defendants' time to respond to the amended complaint is extended up to and including March 28, 2008.

**SO ORDERED** on this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE