

RECEIVED

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLORIA D. YELDER, )
1807 Eufaula Avenue ) CIVIL ACTION NO:1:07-cv-01639 RJL
Birmingham, AL 35208 )
 )
    Plaintiff, )
 )
 )
UNITED STATES DEPARTMENT )
OF DEFENSE, )
ROBERT M. GATES, )
Secretary of Defense, )
1000 Defense Pentagon )
Washington, D.C. 20301-1000 )
 )
And )
 )
DEFENSE SECURITY SERVICE )
1340 Braddock Place, )
Alexandria, VA 22314-1651 )
 )
And )
 )
WASHINGTON HEADQUARTERS )
SERVICES )
1155 Defense Pentagon )
Washington, D.C. 20301-1155 )
 )
    Defendants. )

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR SUMMARY JUDGMENT.

1. Plaintiff has shown with convincing evidence and proof throughout her filings to your Honor's court that summary judgment is not appropriate in

1

this case because there are still genuine issues and information that Plaintiff requested and she need.

2. Defendants have known about all the information regarding Plaintiff and they have used it to their advantage; whereas, Plaintiff has been unaware and unknowledgeable about the information regarding her.

3. Defendants have made excuses after excuses why the information is not releasable; why exemptions are necessary, why a confidential letter to Judge Ott about the government's position should be released and why Plaintiff could think that there is but one periodic reinvestigation, (PR), when in fact, defendants are well aware that there are two PRs.

4. But then Defendants states that they knew Plaintiff did not have all the information when she filed her EEO complaints or during the security clearance process.

5. Plaintiff was told she was well aware of the allegations of the alleged affair.

6. But Plaintiff never had an affair or alleged affair and only found out about the email about the alleged affair, three months after she was terminated.

7. There is no way Plaintiff can ever get due process without knowing the information regarding her security clearance.

8. Plaintiff request that Defendants' request for summary judgment be denied.

9. Plaintiff's plea and prayer to this Court that the defendants release the information that Plaintiff requested in her initial filing

10. Plaintiff came only pray that your Honor's court will order the Defendants to release her records, so Plaintiff came finally get to the truth about her security clearance.

11. The refusal of Defendants to release all the information that caused the revocation of her security clearance and termination of employment has caused Plaintiff enormous pain and suffering.

WHEREFORE, Plaintiff requests that this Court:

(1) Declare that Defendants' refusal to disclose the records requested by Plaintiff is unlawful;

(2) Deny the Defendants' requests for exemptions because they should not apply in this case.

(3) Order Defendants to make the requested records available to Plaintiff immediately.

(4) Award Plaintiff its costs and reasonable attorney's fee in this action as provided by 5 U.S.C. § 552(a)(4)(E); and

(5) Grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,

*[signature: Gloria D. Yelder]*

Gloria D. Yelder
*Pro se*
1807 Eufaula Avenue
Birmingham, AL 35208
(205) 613-6680

## DEFENDANTS SERVED VIA CERTIFIED MAIL:

I, Gloria D. Yelder, hereby declare that on the ___7th_____ day of <u>April,</u>

<u>2008,</u> I mailed a copy, certified mail return receipt, to the below listed

Defendant.

_____


Michele Johnson
United States Attorney for the District of Columbia
501 Third Street, NW
Washington, D.C. 20530


*(signature)*
Gloria D. Yelder
*Pro se*
1807 Eufaula Avenue
Birmingham, AL 35208
(205) 613-6680

4

1:07-CV01639

Dear Clerk's

I am resubmitting this response. I sent to the wrong address. Thank you Ms. Yelder

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.70 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: US District Ct
Street, Apt. No.; or PO Box No.: 555 4th St NW
City, State, ZIP+4: Washington DC 20530

7006 3450 0002 2926 8118

PS Form 3800, August 2006    See Reverse for Instructions