## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GLORIA D. YELDER,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1639 (RJL)** |
| | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **DEFENSE, <u>et al.</u>** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>DEFENDANTS' SUPPLEMENTAL REPLY IN FURTHER SUPPORT OF THEIR</u> <u>MOTION FOR SUMMARY JUDGMENT</u>

Defendants, the United States Department of Defense ("DoD"), the Defense Security Service ("DSS"), and the Washington Headquarters Service ("WHS") [1] hereby file their supplemental reply in further support of their motion for summary judgment in response to plaintiff's "Amended Response to Opposition to Defendant's Request for Summary Judgment."

As with her initial opposition to defendants' motion for summary judgment, plaintiff's "amended" response in opposition to defendants' motion for summary judgment wholly fails to address the substantive arguments made by defendants.

In support of her "amended" opposition, plaintiff has attached her sworn declaration. However, this declaration fails to provide any basis upon which the Court could deny the

---

[1] Because DSS and WHS are separate agencies of the DoD, DoD is the proper defendant in this action.  <u>See</u> 5 U.S.C. § 552(a)(4)(B); <u>see also</u> Declaration of Leslie R. Blake dated October 29, 2007 ("1st Blake Decl.") ¶ 2; <u>see also</u> Declaration of William Kammer ("Kammer Decl.") ¶ 1.

defendants' motion for summary judgment.  Rather, the declaration primarily concerns the events

leading to plaintiff's termination and revocation of her security clearance and speculates that

there are other documents that exist that may be responsive to plaintiff's FOIA request.  Such

speculation, however, is not sufficient to create a material issue of genuine fact.  See, e.g.,

Steinberg v. Dep't of Justice, 23 F.3d 548, 551 (D.C. Cir. 1994) (The fundamental question is not

"'whether there might exist any other documents responsive to the request, but rather whether the

*search* for those documents was *adequate*.'") (citation omitted) (emphasis in original).

Accordingly, defendants again request that the Court grant their motion for summary judgment.


## CONCLUSION

For the reasons set forth in defendants' motion for summary judgment, and given the lack

of any substantive opposition by plaintiff to that motion, defendants respectfully request that the

Court enter judgment in their favor.


Respectfully submitted,


/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney


/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney

United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS


Of counsel:

Roland Meisner
Assistant General Counsel
Office of General Counsel
Defense Security Service

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Defendants' Supplemental Reply in Further Support of

Their Motion for Summary Judgment was mailed by depositing a copy of it in the U.S. Mail, first

class postage prepaid, addressed to:

Gloria D. Yelder, <u>pro</u> <u>se</u>
1807 Eufaula Avenue
Birmingham, AL 35208


on this <u>30th</u> day of April, 2008


                                    /s/
_____
                     MICHELLE N. JOHNSON